John W. Hanna, Doing Business as Hanna & Company, Respondent, v. Charles S. Spiegelberg and Others, Partners Doing Business as L. Spiegelberg & Sons, Appellants.— Order affirmed, with costs. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Annie E. Youngs Hawkins, Respondent, v. James C. C. Van Nuyse, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Hooker, Gaynor and Miller, JJ.

Richard Heffron, Respondent, v. New York City Railway Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Hooker and Miller, JJ.

Benjamin Hopkins, Respondent, v. The Pilgrim Steam Laundry Company, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Gaynor, Rich and Miller, JJ., concurred.

Annie Jacobs, Appellant, v. The City of New York, Respondent.— Judgment and orders unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Hooker, Gaynor and Miller, JJ.

Christine Jonssan, Respondent, v. Brooklyn, Queens County and Suburban Railroad Company, Appellant.— Judgment and order reversed and new trial granted, costs to abide the event, unless within twenty days plaintiff stipulate to reduce recovery of damages to the sum of $250, with costs, in which case the judgment as modified and the order are unanimously affirmed, without costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Miller, JJ., concurred.

Joseph Joseph, as Administrator, etc., of Mary Joseph, Deceased, Respondent, v. Ray Sanders, Appellant.— Judgment of the Municipal Court reversed and new trial ordered, costs to abide the event, on the ground that the judgment is against the weight of evidence on the question of a gift *causa mortis.* No opinion. Woodward, Jenks, Gaynor and Miller, JJ., concurred; Hooker, J., dissented.

Catherine Kenney, Respondent, v. The Brooklyn Heights Railroad Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Hooker, Gaynor and Miller, JJ.

Philip Kligman, Respondent, v. The Long Island Railroad Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Miller, JJ., concurred.

Mary Koen, as Administratrix, etc., of Joseph A. Koen, Deceased, Appellant, v. The City of New York, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.